# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Racquel Lewis

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

U.S. Department of Justice
Law Enforcement (USMS Cyprus)

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

Civ. Action No. 23-1275

(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Racquel Lewis**
Name (Last, First, MI)

**PO Box 30911 (Homeless)**
Street Address

**Wilmington,      DE      19805**
County, City              State          Zip Code

**Don't Have One      LewiDavi@protonmail.com**
Telephone Number        E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **U.S. Department of Justice**
Name (Last, First)

**950 Pennsylvania Ave.**
Street Address

**Washington   DC     20530**
County, City         State        Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

1st Amendment, Fourteenth Amendment, 42 USC §1983, Procedural Due Process

### III. VENUE

This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

I live in Wilmington. This claim is against DE, MD, PA, NJ, NY Law Enforcement- Justice Departments.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: New York, New Jersey, Maryland, Delaware, Philadelphia

Date(s) of occurrence: 2015 - 2023 ongoing Last (10/17/2023)

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

**FACTS:** Please see attached complaint and exhibits.

What happened to you? SOFTWARE USE SINCE MD → DE CYRUN.

Was anyone else involved?

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Homeless 2x's
Pain and suffering
Loss of son
Loss of opportunities
Loss of consortium
Destroyed relationships.
Obstruction to Devices, employment
Defamed my name.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 30,000,000.00

☐ Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11/7/2023
Dated

[signature]
Plaintiff's Signature

Bacquel Lewis (Homeless)
Printed Name (Last, First, MI)

PO Box 30911    Wilmington    DE    19805
Address                City              State    Zip Code

Don't Have One
Telephone Number

Lewjdavi@protonmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **8** of **8**